**The DeHaan Law Firm P.C.**
John W. DeHaan, Esq.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET
300 Rabro Drive East ▪ Suite 101 ▪ Hauppauge, New York 11788 ▪ 631.582.1200

December 23, 2020

<u>Via ECF</u>
Hon. Robert W. Lehrburger, U.S. M.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020
```

      Re:    <u>Rodriguez v. Comm'r of Social Security</u>
              <u>Civil Action No. 1:20-cv-05135-PGG-RWL</u>

Dear Magistrate Judge Lehrburger:

    I represent the plaintiff, Daniel Rodriguez, in the above-referenced matter seeking review of the denial of his claim for Social Security benefits. Assistant U.S. Attorney Elizabeth J. Kim represents the Commissioner.

    In accordance with Your Honor's Individual Practice Rules, I write to request an adjournment of the briefing schedule in this case, detailed as follows:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff's Settlement Offer | Jan. 6, 2021 | **Feb. 5, 2021** |
| Joint Letter Re: Settlement | Feb. 5, 2021 | **Mar. 8, 2021** |
| Plaintiff to Serve/File Motion | Feb. 5, 2021 | **Mar. 8, 2021** |
| Defendant to Serve/File Cross/Opp | April 6, 2021 | **May 6, 2021** |
| Plaintiff's Reply | April 27, 2021 | **May 27, 2021** |

    I make this request because of multiple intervening deadlines in other cases (arising from delays due to COVID-19) and the upcoming holidays make it impossible for me to review the file to convey a settlement or prepare my moving papers by the current due date. I have consulted with Ms. Kim, and she consents to this request. There have been no prior requests for an adjournment of these deadlines.

    Thank you for your consideration of this request.

SO ORDERED:
12/23/2020
*[signature]*
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
**The DeHaan Law Firm P.C.**
By: /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:    AUSA Elizabeth J. Kim