UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1/29/2021

-----------------------------------------------------------X
DANIEL RODRIGUEZ,

                Plaintiff,                    20 **CIVIL** 5135 (PGG)(RWL)

      -v-                                             **JUDGMENT**

ANDREW SAUL,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 29, 2021, that the decision of the Commissioner of Social Security shall be, and hereby is, reversed and that this action shall be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner of Social Security shall ensure that the administrative record includes the January 4, 2017 Internal Medicine Examination report of consultative examiner Dr. Allen Meisel and the January 4, 2017 Psychiatric Evaluation report of consultative examiner Dr. Amy Theobald.

**Dated:** New York, New York
          January 29, 2021

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                **BY:**
                                                        **Deputy Clerk**